IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JJJ PROPERTIES, LLC,

    Plaintiff,

v.                                   CASE NO. 4:16cv646-RH/CAS

CERMANCIA S. GEORGE,

    Defendant.

_____/

## ORDER OF REMAND

This is a landlord-tenant eviction case. The plaintiff filed the case in state court. The defendant removed the case to this court. But there is plainly no basis for federal jurisdiction and no basis for removal.

The magistrate judge entered a report and recommendation, correctly concluding that the case should be remanded. No objections have been filed, and the deadline for objections has passed.

At about the time of the report and recommendation, the plaintiff moved to remand. The defendant did not respond, and the deadline for responding has passed.

For these reasons,

IT IS ORDERED:

1. The report and recommendation, ECF No. 6, is accepted and adopted as the court's opinion.

2. The motion to remand, ECF No. 5, is granted.

3. This case is remanded to the County Court, Leon County, Florida. The clerk must take all steps necessary to effect the remand.

SO ORDERED on November 26, 2016.

                                  s/Robert L. Hinkle
                                  United States District Judge